UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOZZUTO'S,<br><br>                    Plaintiff,<br><br>      -against-<br><br>WILLIAM PECK & SON, INC., d/b/a Pecks Market, et al.,<br><br>                    Defendants. | 25-CV-3128 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Clerk of Court is respectfully directed to update the docket to reflect the following contact information where *pro se* Defendants Donald J. Peck and Charlene A. Peck may be served:

> P.O. Box 342
> Pine Plains, NY 12567
> (518) 329-4257

Dated: November 21, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge