**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BOZZUTO'S INC.,** | |
| **Plaintiff,** | **Civil Action No. 7:25-cv-3128 (JGLC)** |
| **v.** | **Consent Judgment Against All Defendants** |
| **WILLIAM PECK & SON, INC. d/b/a PECK'S MARKET, DONALD J. PECK, and CHARLENE A. PECK** | |
| **Defendants.** | |

AND NOW, this 28th day of July 2026, the matter having been opened to the Court by the motion of Plaintiff Bozzuto's, Inc. ("Plaintiff") for an order for Default Judgment (the "Motion") against Defendants William Peck & Son, Inc. d/b/a Peck's Market, Donald J. Peck and Charlene A. Peck (collectively, "Defendants") and the Court having ordered Plaintiff and Defendants (collectively, the "Parties") to engage in a mediation before Magistrate Judge Andrew Krause and the Parties having entered into that certain settlement agreement dated on or about July 24, 2026 (the "Settlement Agreement") and the Parties having agreed, among other things, to the entry of a consent Judgment in Plaintiff's favor against Defendants and for good cause shown, it is

ORDERED, ADJUDGED AND DECREED as follows:

1) Judgment in the amount of $105,000.00 be and hereby is entered in Plaintiff's favor against Defendants, individually, jointly and severally (the "Consent Judgment").

2) The Clerk of the Court shall take all actions and issues all documents necessary to allow the Consent Judgment to be recorded in other jurisdictions.

3) The Parties are directed to comply with the terms of the Settlement Agreement.

4) The Court shall retain jurisdiction over the instant action to enforce the terms and conditions of the Settlement Agreement and to otherwise ensure the Parties' compliance with the Settlement Agreement.

The terms of the above Consent Judgment are agreed to by counsel for Plaintiff and by counsel for Defendants with the due authorization of our respective clients.

Glenn A. Manochi
Glenn A. Manochi, Esquire
Counsel for Plaintiff, Bozzuto's, Inc.

Dated: 7/28/26

Susanne Toes
Susanne Toes Keane, Esquire, Counsel for Defendants William Peck & Son, Inc. d/b/a Peck's Market, Donald J. Peck and Charlene A. Peck

Dated: 7/24/26

SO ORDERED BY THE COURT:

Dated: August 24, 2026
~~New York, New York~~
White Plains, New York

Jessica Clarke
Jessica G. L. Clarke, U.S.D.J